No. 97–800.  MARTIN CADILLAC CO., INC. *v.* DIVISION OF LABOR STANDARDS ENFORCEMENT, CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS, ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 97–802.  GENERAL PRACTICE ASSOCIATES, INC., ET AL. *v.* HUMANA INC. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–803.  JENKINS *v.* FLORIDA KEYS COMMUNITY COLLEGE ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–809.  BEDI *v.* GRONDIN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–813.  AMERSIG GRAPHICS, INC., ET AL. *v.* ESTATE OF WIDENER, DECEASED, ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 97–815.  TIMEHIN *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–821.  SCOTT *v.* WESTERN STATE UNIVERSITY COLLEGE OF LAW.  C. A. 9th Cir.  Certiorari denied.

No. 97–823.  GRACIA *v.* VOLVO EUROPA TRUCK, N. V.  C. A. 7th Cir.  Certiorari denied.

No. 97–825.  MILLNER *v.* ITT AEROSPACE/COMMUNICATIONS DIVISION OF ITT CORP., INC.  C. A. 7th Cir.  Certiorari denied.

No. 97–835.  NELSON *v.* REHABILITATION ENTERPRISES OF NORTH EASTERN WYOMING, INC.  C. A. 10th Cir.  Certiorari denied.

No. 97–838.  VERNON *v.* WILLIAMS, WARDEN.  Dist. Ct. N. M., Bernalillo County.  Certiorari denied.

No. 97–840.  HEANING *v.* NYNEX-NEW YORK, AKA NEW YORK TELEPHONE CO.  C. A. 2d Cir.  Certiorari denied.

No. 97–848.  MANATT, INDIVIDUALLY AND AS FATHER OF MANATT, DECEASED, ET AL. *v.* UNION PACIFIC RAILROAD CO. ET AL.  C. A. 8th Cir.  Certiorari denied.